

**FRENKEL LAMBERT**
FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP

New York City Office
Main: (212) 344-3100
Direct: (929) 506-6735
Fax: (212) 422-4047

Christie M. Bird
cbird@flwlaw.com

May 24, 2023

# MEMO ENDORSED

By Electronic Filing

Magistrate Judge Barbara Moses
United States District Court
500 Pearl Street, Courtroom 20A
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/24/2023
```

Re:   Request for an Adjournment of the Initial Case Management Conference
      *Houston Casualty Company a/s/o Policygenius, Inc. v. Jonathan Le*
      Index No. 1:23-cv-00636

Dear Magistrate Judge Moses:

We are the attorneys for Houston Casualty Company, the plaintiff in the referenced action. We write to respectfully request that the initial case management conference that is currently scheduled to take place on May 30, 2023, be adjourned to either June 20 or June 27, 2023. This is the first request for an adjournment of this conference.

We request the adjournment because we have been unable to conduct a Rule 26 "meet and confer" discussion with the *pro se* Defendant. Despite our repeated requests to the Defendant to schedule a timely Rule 26 "meet and confer" call, we received no response until this morning. In his email, the Defendant asked if I would be available for a conversation as part of a Rule 26 "meet and confer" tomorrow (5/25) or Friday (5/26). We are currently scheduled to have the call tomorrow.

The Defendant has informed me that he has no objection to the requested adjournment.

Respectfully submitted,

Frenkel Lambert Weiss Weisman & Gordon, LLP

*Christie M. Bird*

Christie M. Bird

53 Gibson Street ■ Bay Shore, NY 11706 ■ TEL: (631) 969-7777
80 Main Street, Suite 460 ■ West Orange, NJ 07052 ■ Tel: (973) 325-6282
One East Broward Blvd., Suite 1430 ■ Ft. Lauderdale, FL 33301 ■ Tel: (954) 522-3233

WWW.FLWLAW.COM

cc via Email & Regular Mail:    Defendant Jonathan Le
                                107 St. Marks, Apt. 2E
                                New York, NY 10009
                                jonle2213@gmail.com

Application GRANTED. The initial case management conference previously scheduled for May 30, 2023 is ADJOURNED to **June 27, 2023, at 10:00 a.m.** Plaintiff shall file its Pre-Conference Statement no later than **June 20, 2023**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
May 24, 2023