

New York City Office
Main: (212) 344-3100
Direct: (929) 506-6735
Fax: (212) 422-4047

Christie M. Bird
cbird@flwlaw.com

June 16, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/2023

By Electronic Filing

Magistrate Judge Barbara Moses
United States District Court
500 Pearl Street, Courtroom 20A
New York, New York 10007

**MEMO ENDORSED**

Re:  Second Request for an Adjournment of the Initial Case Management Conference
*Houston Casualty Company a/s/o Policygenius, Inc. v. Jonathan Le*
Index No. 1:23-cv-00636

Dear Magistrate Judge Moses:

We are the attorneys for Houston Casualty Company, the plaintiff in the referenced action. We write to inform your Honor that the parties have reached a settlement in this matter and are in the process of preparing settlement documents. The settlement involves two upfront payments, one in July 2023 and the other in August 2023, followed by a payment schedule. Once the second payment is made a Stipulation of Dismissal without prejudice will be filed in this matter.

We write to respectfully request that the initial case management conference that is currently scheduled to take place on June 27, 2023, be adjourned to September 12, 2023 or at a later date that is convenient for the Court. This is the second request for an adjournment of the initial case management conference.

Respectfully submitted,

Frenkel Lambert Weiss Weisman & Gordon, LLP

*s/ Christie M. Bird*

Christie M. Bird

cc: via ECF and Email:

---

Application GRANTED. The initial case management conference scheduled for June 27, 2023 is ADJOURNED *sine die*. If the case is not dismissed by August 31, 2023, plaintiff shall provide an update letter on that date concerning the status of the settlement. SO ORDERED.

Barbara Moses
United States Magistrate Judge
June 16, 2023